# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

RICHARD V. TAYLOR,

    Plaintiff,

v.

    Case No. 6:19-cv-02332-PGB-LHR

FIRST FEDERAL CREDIT CONTROL, INC.,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE RICHARD V. TAYLOR ("Plaintiff") hereby notifies the Court that the Plaintiff and Defendant have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate this process to take no more than 60 days and request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement. The Parties propose to file a stipulated dismissal with prejudice within 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Dated on this 14th day of December 2020.

    */s/ Alejandro E. Figueroa*
    Alejandro E. Figueroa
    Florida Bar No. 1021163
    Sulaiman Law Group, Ltd.
    2500 South Highland Avenue, Suite 200
    Lombard, IL 60148
    Phone: (630) 575-8181
    Fax: (630) 575-8188
    alejandrof@sulaimanlaw.com
    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*/s/ Alejandro E. Figueroa*
Alejandro E. Figueroa